UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 7 |
| RICK ALAN DAVIDSON, | Case No. 19-11486 (DSJ) |
| Debtor. | |

------------------------------------------------------------------x

| | |
|---|---|
| SALVATORE LAMONICA, Solely in His Capacity as Chapter 7 Trustee of the Estate of Rick Alan Davidson, | Adv. Pro. No. 21-01131 (DSJ) |
| Plaintiff, | |
| -against- | **STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT** |
| NANCY STEARNS AND BELLATOUR, LLC, | |
| Defendants. | |

------------------------------------------------------------------x

IT IS HEREBY STIPULATED by and between Plaintiff Salvatore LaMonica, solely in his capacity as Chapter 7 Trustee of the estate of Rick Alan Davidson ("Plaintiff") and Defendant Nancy Stearns ("Defendant") that (i) the time by which Defendant must answer or otherwise respond to Plaintiff's Complaint is extended until June 21, 2021, and (ii) Defendant waives any challenge to service of process of the Summons and Complaint.

Dated: June 7, 2021

| | |
|---|---|
| **GERON LEGAL ADVISORS, LLC** | **LAMONICA HERBST & MANISCALCO, LLP** |
| By: *s/Yann Geron* | By: *s/David A. Blansky* |
| Yann Geron, Esq. | David A. Blansky, Esq. |
| 370 Lexington Avenue, Suite 1101 | 3305 Jerusalem Avenue |
| New York NY 10017-6532 | Wantagh, NY 11793 |
| Tel. (646) 560-3224 | Tel. 516.826.6500 |
| *Counsel for Nancy Stearns* | *Counsel for the Chapter 7 Trustee* |

**SO ORDERED:**

Dated: New York, New York
       June 7, 2021

                                            *s/ David S. Jones*
                                        HONORABLE DAVID S. JONES
                                        UNITED STATES BANKRUPTCY JUDGE